IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

-v-                                                       19-MJ-647

JOHN LOONEY,
                    Defendant.

## GOVERNMENT'S MOTION TO SEAL

**THE UNITED STATES OF AMERICA**, by and through its attorney, James P. Kennedy, Jr., United States Attorney for the Western District of New York, and Meghan K. McGuire, Assistant United States Attorney, of counsel, hereby moves the Court for an Order permitting the filing of this motion, the above-referenced criminal complaint and associated documents, including the affidavit, under seal. The government requests the Court seal the documents for 60 days due to the sensitive law enforcement information therein.

Dated:  Rochester, New York, July 8, 2019

                                            JAMES P. KENNEDY, JR.
                                            United States Attorney
                                            Western District of New York

BY: _____
           MEGHAN K. MCGUIRE
           Assistant U.S. Attorney
           100 State Street, Suite 500
           Rochester, New York 14614
           585-399-3922
           Meghan.McGuire@usdoj.gov