UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-　　　　　　　　　　　　　　　　　　　19-MJ-647

JOHN LOONEY,

　　　　　　　　　　Defendant.

*FILED JUL 09 2019 MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

## ORDER GRANTING GOVERNMENT'S MOTION TO SEAL

Upon the motion of the United States of America, by and through its attorney, James P. Kennedy, Jr., United States Attorney for the Western District of New York, and Meghan K. McGuire, Assistant United States Attorney, of counsel, for an Order permitting the filing of a criminal complaint and associated documents under seal, and after due consideration,

IT IS HEREBY ORDERED, that the criminal complaint and associated documents of the United States are hereby permitted to be filed under seal for 60 days.

DATED:　　Rochester, New York, July 9, 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JONATHAN W. FELDMAN
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge