AO 442 (Rev. 01/09) Arrest Warrant

# United States District Court
### for the
### Western District of New York

| United States of America | |
|---|---|
| v. | Case No. 19-MJ-647 |
| JOHN LOONEY, | |
| *Defendant* | |

**FILED JUL 15 2019 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY**

**RECEIVED 2019 JUL 11 AM 7:31 US MARSHALS SERVICE W/D NY ROCHESTER**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **JOHN LOONEY**, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

There is probable cause to believe that JOHN LOONEY knowingly violated Title 18, United States Code, Sections 2252A(a)(5)(B) & (b)(2) (Possession of Child Pornography Involving Prepubescent Minors by Individual with Previous Conviction).

Date: July 9, 2019

*Issuing officer's signature*

City and State: Rochester, New York

JONATHAN W. FELDMAN
U.S. Magistrate Judge
*Printed name and Title*

### Return

This warrant was received on (date) 7/11/2019, and the person was arrested on (date) 7/11/2019,
at (city and state) Rochester, NY

Date: 7/11/2019

*Arresting officer's signature*

James R. Smith DUSM
*Printed name and title*