\*\* INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY \*\*
TIME RECEIVED: October 15, 2019 at 2:40:02 PM EDT
REMOTE CSID: NextivaFax
DURATION: 42
PAGES: 1
STATUS: Received

10/15/2019 02:39 PM EDT TO:15856134055 FROM:5852325368 Page: 1

Case 6:22-cr-06009-CJS-MJP Document 9 Filed 11/07/19 Page 1 of 1

# NAPIER & NAPIER

ATTORNEYS & COUNSELORS AT LAW
500 EXECUTIVE OFFICE BUILDING
36 WEST MAIN STREET
ROCHESTER, NEW YORK 14614-1790

(585) 232-4474
FAX (585) 232-5368
(FAX NOT FOR SERVICE)

ROBERT A. NAPIER
JAMES A. NAPIER

ROBERT C. NAPIER
(1921-1986)

OF COUNSEL TO
CULLEY, MARKS, TANENBAUM
& PEZZULO, LLP
ATTORNEYS AT LAW

October 15, 2019

Kelly A. Pruden
100 State Street, Room 127
Rochester, NY 14614

Re: <u>USA v. John Looney</u>

Dear Kelly:

Please be advised that I represent John Looney in connection with the above matter.

I am requesting a 60-day adjournment from the current court date of November 15, 2019. The basis for my request is that the defendant has hired Jerry Grant, computer forensic expert, to review all forensic evidence in this matter and Mr. Grant indicates that he needs a substantial amount of time to perform those services.

I would waive speedy trial time during the period of the adjournment and ask for an exclusion of time.

Thank you.

Very truly yours,

James Napier, Attorney

ESI:lhm

cc: Meghan McGuire, AUSA