Case 6:22-cr-06009-CJS-MJP   Document 10   Filed 11/07/19   Page 1 of 1

```
** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED              REMOTE CSID       DURATION   PAGES   STATUS
October 15, 2019 at 2:40:02 PM EDT   NextivaFax        42         1       Received
```

10/15/2019   02:39 PM EDT          TO:15856134055   FROM:5852325368        Page:   1

# NAPIER & NAPIER

ATTORNEYS & COUNSELORS AT LAW
500 EXECUTIVE OFFICE BUILDING
36 WEST MAIN STREET
ROCHESTER, NEW YORK 14614-1790

(585) 232-4474
FAX (585) 232-5368
(FAX NOT FOR SERVICE)

ROBERT A. NAPIER
JAMES A. NAPIER

ROBERT C. NAPIER
(1921-1986)

OF COUNSEL TO
CULLEY, MARKS, TANENBAUM
& PEZZULO, LLP
ATTORNEYS AT LAW

October 15, 2019

Kelly A. Pruden
100 State Street, Room 127
Rochester, NY 14614

Re:   USA v. John Looney

Dear Kelly:

Please be advised that I represent John Looney in connection with the above matter.

I am requesting a 60-day adjournment from the current court date of November 15, 2019. The basis for my request is that the defendant has hired Jerry Grant, computer forensic expert, to review all forensic evidence in this matter and Mr. Grant indicates that he needs a substantial amount of time to perform those services.

I would waive speedy trial time during the period of the adjournment and ask for an exclusion of time.

Thank you.

Very truly yours,

James Napier, Attorney

ESI:lhm

cc:   Meghan McGuire, AUSA

SO ORDERED. Request granted. The status conference shall be adjourned until 11/15/19 at 9:30 a.m. At defendant's request, time shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7) between today and the date for the conference. I find that the defendant's and the public's interest in a speedy indictment/trial are outweighed by the defendant's interest in having sufficient time to continue plea negotiations with the government.

DATED:   11/7/19