** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED                REMOTE CSID       DURATION    PAGES    STATUS
January 13, 2020 at 2:51:44 PM EST    NextivaFax        42          1        Received

Case 6:22-cr-06009-CJS-MJP  Document 11  Filed 01/13/20  Page 1 of 1

01/13/2020  02:50 PM EST   TO:15856134365  FROM:5852325368        Page: 1

# NAPIER & NAPIER

ATTORNEYS & COUNSELORS AT LAW
500 EXECUTIVE OFFICE BUILDING
36 WEST MAIN STREET
ROCHESTER, NEW YORK 14614-1790

ROBERT A. NAPIER
JAMES A. NAPIER

ROBERT C. NAPIER
(1921-1986)

(585) 232-4474
FAX (585) 232-5368
(FAX NOT FOR SERVICE)

OF COUNSEL TO
CULLEY, MARKS, TANENBAUM
& PEZZULO, LLP
ATTORNEYS AT LAW

January 13, 2020

Hon. Mark Pedersen
United States Magistrate
100 State St.
Rochester, NY 14614

Re:  USA v. John Looney, 19-00647 MJP

Via fax 613-4365 and 399-3920

Dear Judge Pedersen:

Please be advised that I represent John Looney.

A status appearance is scheduled before your Honor on January 15, 2020.

I respectfully request an adjournment of 45 days because I have been informed by Meghan McGuire, AUSA, that a large amount of data is involved and we have previously retained Jerry Grant to assist in Computer forensics. Mr. Grant indicates that he needs substantially longer period of time to analyze the data.

Ms. McGuire indicated that she has no objection and would consent to a 45 day adjournment.

I believe an adjournment for expert review of the data is in my client's best interest.

I request a 45 day adjournment and would move to exclude the time for speedy trial purposes.

Respectfully submitted,

James A. Napier, Esq.