# NAPIER & NAPIER

ATTORNEYS & COUNSELORS AT LAW
500 EXECUTIVE OFFICE BUILDING
36 WEST MAIN STREET
ROCHESTER, NEW YORK 14614-1790

ROBERT A. NAPIER
JAMES A. NAPIER

ROBERT C. NAPIER
(1921-1986)

OF COUNSEL TO
CULLEY, MARKS, TANENBAUM
& PEZZULO, LLP
ATTORNEYS AT LAW

(585) 232-4474
FAX (585) 232-5368
(FAX NOT FOR SERVICE)

February 13, 2020

Hon. Mark Pedersen
United States Magistrate
100 State St.
Rochester, NY 14614

Re: USA v. John Looney, 19-00647 MJP

Via fax 613-4365 and 399-3920

Dear Judge Pedersen:

Please be advised that I represent John Looney.

A status appearance is scheduled before Your Honor on February 27, 2020.

I respectfully request an adjournment of 60 days because I have been informed by Meghan McGuire, AUSA, that a large amount of data is involved and we have previously retained Jerry Grant to assist in Computer forensics. Mr. Grant indicates that he needs substantially longer period of time to analyze the data.

Ms. McGuire indicated that she has no objection and would consent to a 45 day adjournment.

I believe an adjournment for expert review of the data is in my client's best interest.

I request a 60 day adjournment and would move to exclude the time for speedy trial purposes.

Respectfully submitted,

James A. Napier, Esq.

SO ORDERED. Request granted. The status conference shall be adjourned until 4/27/2020, at 9:50 a.m./p.m. At defendant's request, time shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7) between today and the date for the conference. I find that the defendant's and the public's interest in a speedy indictment/trial are outweighed by the defendant's interest in having sufficient time to continue plea negotiations with the government.

DATED: 2/13/2020

MARK W. PEDERSEN, USMJ

ESI:lhm