# NAPIER & NAPIER

ATTORNEYS & COUNSELORS AT LAW

500 EXECUTIVE OFFICE BUILDING

36 WEST MAIN STREET

ROCHESTER, NEW YORK 14614-1790

ROBERT A. NAPIER
JAMES A. NAPIER

ROBERT C. NAPIER
(1921-1986)

(585) 232-4474

FAX (585) 232-5368

(FAX NOT FOR SERVICE)

July 20, 2020

Hon Mark Pedersen

Re: USA v. John Looney, 19-MJ 647

Dear Judge Pedersen:

Please adjourn this matter 90 days to allow review of the discovery/ computer forensics by our retained expert, Jerry Grant.

The Government, Meghan McGuire, AUSA, does not object to our request for a 90-day adjournment per email received from Ms. McGuire.

I would move for a speedy trial exclusion of time during the period of the adjournment.

Thank you.

Very truly yours,

James A. Napier

JAN: car
cc: Meghan McGuire, AUSA