# NAPIER & NAPIER

ATTORNEYS & COUNSELORS AT LAW

500 EXECUTIVE OFFICE BUILDING

36 WEST MAIN STREET

ROCHESTER, NEW YORK 14614-1790

ROBERT A. NAPIER
JAMES A. NAPIER

ROBERT C. NAPIER
(1921-1986)

(585) 232-4474

FAX (585) 232-5368

(FAX NOT FOR SERVICE)

October 19, 2020

Hon Mark Pedersen

Re: USA v. , 19M647

Dear Judge Pedersen:

Please adjourn this matter 60 days from October 26, 2020 to allow our expert to obtain and review digital evidence.

The Government, Meghan McGuire, AUSA, does not object to our request for a 60-day adjournment.

I would move for a speedy trial exclusion of time during the period of the adjournment.

Thank you.

Very truly yours,

James A. Napier

JAN: car
cc: Meghan McGuire, AUSA