# NAPIER & NAPIER

ATTORNEYS & COUNSELORS AT LAW

500 EXECUTIVE OFFICE BUILDING

36 WEST MAIN STREET

ROCHESTER, NEW YORK 14614-1790

ROBERT A. NAPIER
JAMES A. NAPIER

ROBERT C. NAPIER
(1921-1986)

(585) 232-4474

FAX (585) 232-5368

(FAX NOT FOR SERVICE)

December 8, 2020

Hon Mark Pedersen

Re: USA v John Looney, 19-MJ-0647

Dear Judge Pedersen:

    Please adjourn this matter 90 days due to voluminous discovery.

    The Government has no objection.

    I move for a speedy trial exclusion of time during the period of the adjournment.

    Thank you.

Very truly yours,

James A. Napier

JAN: car
cc: Meghan McGuire, AUSA