# NAPIER & NAPIER

ATTORNEYS & COUNSELORS AT LAW

500 EXECUTIVE OFFICE BUILDING

36 WEST MAIN STREET

ROCHESTER, NEW YORK 14614-1790

ROBERT A. NAPIER
JAMES A. NAPIER

ROBERT C. NAPIER
(1921-1986)

(585) 232-4474

FAX (585) 232-5368

(FAX NOT FOR SERVICE)

December 8, 2020

Hon Mark Pedersen

Re: USA v John Looney, 19-MJ-0647

Dear Judge Pedersen:

    Please adjourn this matter 90 days due to voluminous discovery.

    The Government has no objection.

    I move for a speedy trial exclusion of time during the period of the adjournment.

    Thank you.

Very truly yours,

James A. Napier

JAN: car
cc: Meghan McGuire, AUSA

Request is granted.  Status conference is adjourned to March 9, 2021 at 9:30 a.m. At defendant's request, time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (h)(7)(A). I find that the defendant's and the public's interest in a speedy trial are outweighed by the defendant's interest in having sufficient time to continue plea negotiations with the government.
So ordered.
December 10, 2020

MARK W. PEDERSEN
United States Magistrate Judge