# NAPIER & NAPIER

ATTORNEYS & COUNSELORS AT LAW

500 EXECUTIVE OFFICE BUILDING

36 WEST MAIN STREET

ROCHESTER, NEW YORK 14614-1790

ROBERT A. NAPIER
JAMES A. NAPIER

ROBERT C. NAPIER
(1921-1986)

(585) 232-4474

FAX (585) 232-5368

(FAX NOT FOR SERVICE)

March 4, 2021

Hon. Mark Pedersen

Re: USA v John Looney

Dear Judge Pedersen:

I would respectfully a 90-day adjournment of above matter.

AUSA Meghan McGuire does not object to the request.

We have retained expert Jerry Grant and he has reviewed a significant amout of data but has a significant amount more to review.

I would request a speedy trial exclusion of time to review evidence and consider a plea with my client.

Respectfully submitted,

James A. Napier, Esq.

JAN: car
cc: AUSA Meghan McGuire