UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOHN LOONEY,
　　　　　Defendant.

19 - mj - 647

### ORDER REGARDING USE OF VIDEO OR TELECONFERENCING

In accordance with the General Order issued on March 30, 2020, this Court finds:

[✓] That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

[ ] Video Teleconferencing

[✓] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

　[ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

　[ ] Other:

IT IS SO ORDERED.

Date: March 9, 2021

_____
MARK W. PEDERSEN
United States Magistrate Judge