# NAPIER & NAPIER

ATTORNEYS & COUNSELORS AT LAW

500 EXECUTIVE OFFICE BUILDING

36 WEST MAIN STREET

ROCHESTER, NEW YORK 14614-1790

ROBERT A. NAPIER
JAMES A. NAPIER

ROBERT C. NAPIER
(1921-1986)

(585) 232-4474

FAX (585) 232-5368

(FAX NOT FOR SERVICE)

June 8, 2021

Hon. Mark Pedersen

Re: USA v John Looney

Dear Judge Pedersen:

    Please adjourn the above matter for 60 days for our Computer Forensics Expert, Jerry Grant, to review a recently obtained set of data.

    AUSA McGuire does not oppose this request.

    I would request a speedy trial exclusion to allow for this review.

Respectfully submitted,

James A. Napier, Esq.

JAN: car
cc: AUSA Meghan McGuire