

U.S. Department of Justice

*United States Attorney*
*Western District of New York*

*100 State Street, Suite 500*     *(585) 263-6760*
*Rochester, New York 14614*     *fax (585) 399-3920*
*Writer's Telephone (585) 399-3922*
*Meghan.McGuire@usdoj.gov*

October 4, 2021

*VIA CM/EFF FILING*

Hon. Mark W. Pedersen
United States Magistrate Judge
100 State Street
Rochester, NY 14614

    Re:    *United States v. John Looney*
               19-mj-0647

Dear Judge Pedersen:

    I am writing to inform the Court that the defendant has a plea hearing scheduled in front of Judge Wolford on December 6, 2021 at 3:30 p.m. Based on the fact that a plea is imminent, the parties jointly request that this Court remove the Preliminary Hearing (currently scheduled for October 12, 2021 at 11 a.m.) from the calendar and instead schedule a Status Conference sometime after December 6th. Assuming the defendant successfully enters a plea on December 6th, we will inform the Court that the Status Conference is no longer necessary.

    For the same reasons, the parties jointly request that the time between today and the date of the yet-to-be scheduled Status Conference be excluded under 18 U.S.C. § 3161(h)(7).

    Thank you in advance for your consideration of this matter. Please feel free to contact me with any questions or concerns regarding this matter.

                         Respectfully Submitted,

                         JAMES P. KENNEDY, JR.
                         United States Attorney

                         *s/ Meghan K. McGuire*
         By:    MEGHAN K. MCGUIRE
                         Assistant U.S. Attorney