# NAPIER & NAPIER

ATTORNEYS & COUNSELORS AT LAW
500 EXECUTIVE OFFICE BUILDING
36 WEST MAIN STREET
ROCHESTER, NEW YORK 14614-1790

ROBERT A. NAPIER
JAMES A. NAPIER

ROBERT C. NAPIER
(1921-1986)

(585) 232-4474
FAX (585) 232-5368
(FAX NOT FOR SERVICE)

OF COUNSEL TO
CULLEY, MARKS, TANENBAUM
& PEZZULO, LLP
ATTORNEYS AT LAW

December 10, 2021

Hon. Mark Pedersen

Re:   USA v. John Looney
      19-00647 MJP

Dear Judge Pedersen:

I would request an adjournment of Mr. Looney's Court appearance, as he is scheduled for a plea before J. Siragusa on December 16, 2021.

Respectfully submitted,

James Napier, Esq.

ESI:lhm

cc:   Meghan McGuire, AUSA