# NAPIER & NAPIER

ATTORNEYS & COUNSELORS AT LAW
700 POWERS BUILDING
16 W. MAIN STREET
ROCHESTER, NEW YORK 14614-1790

ROBERT A. NAPIER
JAMES A. NAPIER

ROBERT C. NAPIER
(1921-1986)

(585) 232-4474
FAX (585) 232-5368
(FAX NOT FOR SERVICE)

CULLY, MARKS, TANENBAUM
& PEZZULO, LLP
ATTORNEYS AT LAW

May 6, 2022

Hon. Mark Pedersen

Re: John Looney, 22-6009

Dear Judge Pedersen:

I am requesting a 30-day adjournment of the argument of motion date in the above-referenced matter. The government, AUSA Megan McGuire, does not oppose this request. Therefore, I am also requesting corresponding additional time to submit motions in this case.

This is the defendant's request and therefore, I would move for an exclusion of speedy trial time during the period of the adjournment so that I may file motions in this matter.

Respectfully submitted,

James Napier, Esq.

ESI:lhm

cc:   Megan McGuire, AUSA