# NAPIER & NAPIER

ATTORNEYS & COUNSELORS AT LAW
700 POWERS BUILDING
16 W. MAIN STREET
ROCHESTER, NEW YORK 14614-1790

ROBERT A. NAPIER
JAMES A. NAPIER

ROBERT C. NAPIER
(1921-1986)

(585) 232-4474
FAX (585) 232-5368
(FAX NOT FOR SERVICE)

CULLY, MARKS, TANENBAUM
& PEZZULO, LLP
ATTORNEYS AT LAW

June 10, 2022

Hon. Mark Pedersen

Re: John Looney, 19-MJ-00647

Dear Judge Pedersen:

   AUSA Meghan McGuire does not oppose my request for a 30-day adjournment of the argument date in above matter.

   Therefore, I am also requesting a corresponding adjournment of time for the defense and Government to file motions.

   I would move for an exclusion of speedy trial time in order to file motions.

Respectfully submitted,

James Napier, Esq.

ESI:lhm

cc: