## NAPIER & NAPIER

ATTORNEYS & COUNSELORS AT LAW
700 POWERS BUILDING
16 W. MAIN STREET
ROCHESTER, NEW YORK 14614-1790

ROBERT A. NAPIER
JAMES A. NAPIER

ROBERT C. NAPIER
(1921-1986)

(585) 232-4474
FAX (585) 232-5368
(FAX NOT FOR SERVICE)

CULLY, MARKS, TANENBAUM
& PEZZULO, LLP
ATTORNEYS AT LAW

July 14, 2022

Hon. Mark Pedersen

Re: USA v. John Looney, 22-CR-6009

Dear Judge Pedersen:

    I am requesting a 30-day adjournment of the Argument of Motion date in the above-referenced matter.

    The government, AUSA Megan McGuire, does not oppose this request. AUSA McGuire and I request a 30-day period to respond to my motions due to Ms. McGuire's wedding date in late August . I have no objection, of course, to an argument date that would give the Government necessary time to reply.

    This is the defendant's request and therefore, I would move for an exclusion of speedy trial time during the period of adjournment so I may file motions in this matter.

Respectfully submitted,

James Napier, Esq.

ESI:lhm