## NAPIER & NAPIER

ATTORNEYS & COUNSELORS AT LAW
500 EXECUTIVE OFFICE BUILDING
36 WEST MAIN STREET
ROCHESTER, NEW YORK 14614-1790

ROBERT A. NAPIER
JAMES A. NAPIER

————

ROBERT C NAPIER
(1921-1986)

————

(585) 232-4474
FAX (585) 232-5368
(FAX NOT FOR SERVICE)

OF COUNSEL TO
CULLEY, MARKS, TANENBAUM
& PEZZULO, LLP
ATTORNEYS AT LAW

August 16, 2022

Re: USA v. John Looney
22-CR-6009

Dear Judge Pedersen:

I am requesting a 30-day adjournment for motions of the current amended scheduling dates.

AUSA Meghan McGuire does not oppose this request.

I assure the Court my client and I have worked diligently on a very regular basis in the preparation of motions and have conducted very extensive research. We would like this adjournment for our expert to review proposed motions and he has been unavailable most of the summer due to an out-of-town trial schedule.

Respectfully submitted,

James A. Napier, Esq.

cc: Meghan McGuire, AUSA