# NAPIER & NAPIER

ATTORNEYS & COUNSELORS AT LAW
700 POWERS BUILDING
16 W. MAIN STREET
ROCHESTER, NEW YORK 14614-1790

ROBERT A. NAPIER
JAMES A. NAPIER

ROBERT C. NAPIER
(1921-1986)

(585) 232-4474
FAX (585) 232-5368
(FAX NOT FOR SERVICE)

CULLY, MARKS, TANENBAUM
& PEZZULO, LLP
ATTORNEYS AT LAW

September 20, 2022

Hon. Mark Pedersen
United States Magistrate Judge

Re:   **USA v. John Looney**

Dear Judge Pedersen:

    I would respectfully request a two-week adjournment from the current scheduling dates to file and argue motions in the above matter. AUSA Meghan McGuire has no objection to this request.

    I would waive speedy trial time during the period of this adjournment as I believe it is in my client's best interest to have this additional time to submit motions in this matter.

Respectfully submitted,

James Napier, Esq.

ESI:lhm

cc:   Meghan K. McGuire, AUSA