# NAPIER & NAPIER

ATTORNEYS & COUNSELORS AT LAW

16 WEST MAIN STREET SUITE 700

ROCHESTER, NEW YORK 14614-1790

ROBERT A. NAPIER
JAMES A. NAPIER

ROBERT C. NAPIER
(1921-1986)

(585) 232-4474

FAX (585) 232-5368

(FAX NOT FOR SERVICE)

October 26, 2022

Hon. Mark Pedersen

Re John Looney, 22-CR-6009

Dear Judge Pedersen, ,

    I am requesting an adjournment of the Argument date to on or about December 15, 2022. I am also requesting to be able to respond to the Government's Reply in writing.

    AUSA McGuire does not oppose either request.

    I request a speedy trial time exclusion as I believe it is in my client's best interest to be given additional time to respond.

Respectfully submitted,

James A. Napier, Esq.

cc: Meghan McGuire, AUSA