# NAPIER & NAPIER

ATTORNEYS & COUNSELORS AT LAW

16 WEST MAIN STREET SUITE 700

ROCHESTER, NEW YORK 14614-1790

ROBERT A. NAPIER
JAMES A. NAPIER

ROBERT C. NAPIER
(1921-1986)

(585) 232-4474

FAX (585) 232-5368

(FAX NOT FOR SERVICE)

December 5, 2022

Hon. Mark Pedersen

Re John Looney, 22-CR-6009

Dear Judge Pedersen, ,

    I am requesting an adjournment of the Argument date to on or about January 21, 2022.

    AUSA McGuire does not oppose this request.

    We are very actively attempting to obtain an expert relevant to our Motion. We do not anticipate any further requests for adjournment for Argument.

    I request a speedy trial time exclusion as I believe it is in my client's best interest to be given additional time to prepare for Argument of Motions..

Respectfully submitted,

James A. Napier, Esq.

cc: Meghan McGuire, AUSA