# NAPIER & NAPIER

ATTORNEYS & COUNSELORS AT LAW
500 EXECUTIVE OFFICE BUILDING
36 WEST MAIN STREET
ROCHESTER, NEW YORK 14614-1790

(585) 232-4474
FAX: (585) 232-5368

ROBERT A. NAPIER
JAMES A. NAPIER

ROBERT C. NAPIER
(1921-1986)

OF COUNSEL TO:
CULLEY, MARKS, TANENBAUM
CAPELL & PEZZULO
ATTORNEYS AT LAW

January 20, 2023

Hon. Mark Pedersen
United States Magistrate
100 State Street
Rochester, New York 14614

RE: **United States v. John Looney**
22 CR 6009

Dear Judge Pedersen:

I am requesting a 30 day adjournment of argument of motions.

Mr. Looney and I have spent a very considerable amount of time on our response to the time Government's Reply but we still need additional time.

AUSA McGuire has stated that she does not oppose this request.

I would request an exclusion of speedy trial time during the adjournment for argument of motions.

Thank you.

Respectfully,

James A. Napier, Esq.

Cc Meghan McGuire, AUSA