### Freenet Target Summary

| | | | | | |
|---|---|---|---|---|---|
| IP Address: | 108.30.166.37 | | | | |
| Geo Location: | US,NY, The Bronx | | Verizon Fios | | |
| Location ID: | 0.290096253736442 | | | | |
| **File of Interest #1** | | | | | |
| SHA1 Hash: | EISD4IT336ECGP2YFYHDYW273ME4ET3R | | | | |
| Possible File Name: | Boy Girl Suck1.mp4 | | | | |
| Possible Manifest Key: | CHK@z9FUuLnZEYkFPg9yD3lwBLn1JBMQeok5yCoASVsFyJk,vC2lpeyjXW7VDzCFVwbzK-Jp4LCwakW~PXVSXFur6ho,AAMC--8/Boy%20Girl%20Suck1.mp4 | | | | |
| Blocks Required: | 1,403 | Total Blocks: | 2,815 | ~File Size(KB): | 44,896 |
| | Overall Totals: | Filtered: 30 Rows | LE # 2763 | LE # 2618 | LE # 3026 | LE # 3083 |
| First Block Observed: | 2019/11/05 14:31:53 | 2019/11/05 14:31:53 | 2019/11/05 14:31:53 | 2019/11/05 14:33:43 | 2019/11/05 14:33:55 | 2019/11/05 14:34:32 |
| Last Block Observed: | 2019/11/05 15:21:20 | 2019/11/05 15:20:11 | 2019/11/05 15:20:11 | 2019/11/05 15:08:25 | 2019/11/05 15:21:19 | 2019/11/05 15:21:20 |
| Overall Runtime: | 0:49:27 | 0:48:18 | 0:48:18 | 0:34:42 | 0:47:24 | 0:46:48 |
| Average Peers: | 51.3 | 51.4 | 51.4 | 50.5 | 51.9 | 51.5 |
| Total Unique Requests Logged: | 76 | 29 | 29 | 11 | 10 | 17 |
| **Statistical Test Result:** | | **Pass** | | | | |

12/23/2019 14:39

### Freenet Target Summary

| | | | | |
|---|---|---|---|---|
| IP Address: | 108.30.166.37 | | | |
| Geo Location: | US,NY, The Bronx | | Verizon Fios | |
| Location ID: | 0.644465390284740 | | | |
| **File of Interest #2** | | | | |
| SHA1 Hash: | GVYIQ7QYFOJBGYMELSSMOT5W7AMGXRVX | | | |
| Possible File Name: | 20191001_myhomeismycastle.mkv | | | |
| Possible Manifest Key: | CHK@D-ZB1Tbp1kbFBSZN9RUKqWmsHob0zz0FEdcnnBi0D-0,bTcx1Z-VfhZexdDa40ysvrGCDZnfq5MCSBSiXd5JKxs,AAMC--8/20191001_myhomeismycastle.mkv | | | |
| Blocks Required: | 2,774 | Total Blocks: | 5,575 | ~File Size(KB): | 88,768 |
| | Overall Totals: | Filtered: 43 Rows | LE # 2854 | LE # 2751 | |
| First Block Observed: | 2019/10/14 16:12:33 | 2019/10/14 16:12:33 | 2019/10/14 16:12:33 | 2019/10/14 16:12:57 | |
| Last Block Observed: | 2019/10/14 17:32:15 | 2019/10/14 17:32:15 | 2019/10/14 17:28:52 | 2019/10/14 17:10:30 | |
| Overall Runtime: | 1:19:42 | 1:19:42 | 1:16:19 | 0:57:33 | |
| Average Peers: | 55.4 | 55.4 | 55.4 | 55.8 | |
| Total Unique Requests Logged: | 46 | 42 | 42 | 4 | |
| **Statistical Test Result:** | | **Pass** | | | |

12/23/2019 14:39

### Freenet Target Summary

| | | | | | |
|---|---|---|---|---|---|
| IP Address: | 108.30.166.37 | | | | |
| Geo Location: | US,NY, The Bronx | | Verizon Fios | | |
| Location ID: | 0.290096253736442 | | | | |
| **File of Interest #3** | | | | | |
| SHA1 Hash: | Q6DGK5K725P6K2P4DI7J3WMA6FBSIURM | | | | |
| Possible File Name: | 9yo Princess show us her wonderful body 2019.wmv | | | | |
| Possible Manifest Key: | CHK@xdG7KLNEaHdzOmEPR2FCqtapHeKuPay3~8I5EeWaVcc,UNheM1Xwcf-p8pCytG3gUpc3Z6PiA~h3IgbN5rUkYzc,AAMC--8/9yo%20Princess%20show%20us%20her%20wonderful%20body%202019.wmv | | | | |
| Blocks Required: | 1,218 | Total Blocks: | 2,452 | ~File Size(KB): | 38,976 |
| | Overall Totals: | Filtered: 26 Rows | LE # 3036 | LE # 3026 | LE # 3083 | LE # 2763 |
| First Block Observed: | 2019/11/04 15:48:22 | 2019/11/05 14:17:55 | 2019/11/04 15:48:22 | 2019/11/05 14:16:25 | 2019/11/05 14:16:34 | 2019/11/05 14:17:55 |
| Last Block Observed: | 2019/11/05 15:05:53 | 2019/11/05 15:05:53 | 2019/11/05 14:59:51 | 2019/11/05 15:05:26 | 2019/11/05 15:00:53 | 2019/11/05 15:05:53 |
| Overall Runtime: | 23:17:31 | 0:47:58 | 23:11:29 | 0:49:01 | 0:44:19 | 0:47:58 |
| Average Peers: | 51.1 | 50.8 | 51.6 | 52.2 | 50.5 | 50.8 |
| Total Unique Requests Logged: | 78 | 25 | 12 | 5 | 19 | 25 |
| **Statistical Test Result:** | | **Pass** | | | | |

12/23/2019 14:39