Freenet is a peer-to-peer platform intended for censorship-resistant, secure, and anonymous communication and file sharing on the Internet. Freenet works by storing small encrypted pieces, or blocks, of content distributed on the computers of its users, and connecting through intermediate (peers) computers which pass on requests for content and send them back without knowing the contents of the complete file. A Freenet user wishing to download a file must first locate the file's manifest key, a key to a block containing the list of the keys to the pieces of a file. Typically these are found on a message board or a Freesite with material of interest. The Freenet software then retrieves this manifest block and uses the list of keys it contains to request from other users of the network the blocks needed to recreate a file. Freenet stores two blocks for each one required to re-build the file.  If one block cannot be found, another can be requested. Law enforcement has collected the manifests to suspected child pornography files that are publicly shared and created a database of the associated keys to the blocks of a file.  Law enforcement Freenet computers record requests that are sent to them and they are compared against these known keys to identify child pornography files being downloaded. The original requesting computer can be determined, with a high probability, because the number of requests received is reduced significantly as each Freenet computer forwards them. Using the number of requests received, the number of peers a requester has and the number of blocks the file contains we can calculate if the volume of requests received is significantly more likely than not from the original requester. That a Freenet user requested blocks associated with a particular file on Freenet indicates that the user attempted to download the file's contents from Freenet.  It does not indicate whether or not the user successfully downloaded the file.

On Monday, December 23, 2019, while reviewing data received by law enforcement Freenet computers, I observed IP address 108.30.166.37, with the Freenet Location ID 0.290096253736442, requesting blocks of suspected child pornography files.  While it is not an absolute certainty the user was the original requestor, with respect to each file, considering the number of requested blocks, the total number of blocks required to assemble the file, and the number of peers the user had, the number of requests for blocks of the file is significantly more than one would expect to see if the user of IP address 108.30.166.37 were merely routing the request of another user.

Between Tuesday, November 05, 2019 at 2:31 PM UTC and Tuesday, November 05, 2019 at  3:20 PM UTC, a computer running Freenet software with an IP address of 108.30.166.37, with an average of 51.3 peers, requested from a law enforcement computer  29 out of 1,403 required pieces needed to assemble a file with a SHA1 digital hash value of EISD4IT336ECGP2YFYHDYW273ME4ET3R.

This file can be downloaded from Freenet using the key CHK@z9FUuLnZEYkFPg9yD3lwBLn1JBMQeok5yCoASVsFyJk,vC2lpeyjXW7VDzCFVwbzK-Jp4LCwakW~PXVSXFur6ho,AAMC--8/Boy%20Girl%20Suck1.mp4.

Between Monday, October 14, 2019 at 4:12 PM UTC and Monday, October 14, 2019 at 5:32 PM UTC, a computer running Freenet software with an IP address of 108.30.166.37, with an average of 55.4 peers, requested from a law enforcement computer 42 out of 2,774 required pieces needed to assemble a file with a SHA1 digital hash value of GVYIQ7QYFOJBGYMELSSMOT5W7AMGXRVX.

This file can be downloaded from Freenet using the key CHK@D-ZB1Tbp1kbFBSZN9RUKqWmsHob0zz0FEdcnnBi0D-0,bTcx1Z-VfhZexdDa40ysvrGCDZnfq5MCSBSiXd5JKxs,AAMC--8/20191001_myhomeismycastle.mkv.

Between Tuesday, November 05, 2019 at 2:17 PM UTC and Tuesday, November 05, 2019 at 3:05 PM UTC, a computer running Freenet software with an IP address of 108.30.166.37, with an average of 51.1 peers, requested from a law enforcement computer 25 out of 1,218 required pieces needed to assemble a file with a SHA1 digital hash value of Q6DGK5K725P6K2P4DI7J3WMA6FBSIURM.

This file can be downloaded from Freenet using the key CHK@xdG7KLNEaHdzOmEPR2FCqtapHeKuPay3~8I5EeWaVcc,UNheM1Xwcf-p8pCytG3gUpc3Z6PiA~h3IgbN5rUkYzc,AAMC--8/9yo%20Princess%20show%20us%20her%20wonderful%20body%202019.wmv.

On Monday, December 23, 2019, a check on the IP address 108.30.166.37 was conducted through Maxmind's database of IP addresses. Maxmind indicated that the IP address is provided by Verizon Fios and is believed to be used in the The Bronx, NY area.