UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

**ORDER**

Case Number: 22-CR-6009-CJS-MJP

JOHN DOUGLAS LOONEY,

Defendant.

On February 27, 2023 oral argument was held on defendant's omnibus motion (ECF No. 62). The portions of the omnibus motion are specifically identified below were raised by defendant and addressed by this Court as indicated below.

| ☐/☒ | Motion | Granted | Denied | Denied w/o prejudice | Reserved | Withdrawn | Moot |
|---|---|---|---|---|---|---|---|
| ☐ | (1) Audibility Hearing: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☒ | (2) Bill of Particulars: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| ☒ | (3) *Brady* Material: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| ☐ | (4) Conspiracy Hearing: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | (5) Giglio Materials: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| ☒ | (6) Discovery and Inspection: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| ☐ | (7) Dismissal of Indictment: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | (a) Grand Jury Voting Irregularities: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | (b) Improper Grand Jury Instructions: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | (c) Insufficiency: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | (d) Selective Prosecution: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☒ | (8) Ruling on Fed.R.Evid. 404(b): | ☐ | ☐ | ☐ | ☒* | ☐ | ☐ |
| ☒ | (9) Ruling on Fed.R.Evid. 608: | ☐ | ☐ | ☐ | ☒* | ☐ | ☐ |
| ☒ | (10) Ruling on Fed.R.Evid. 609: | ☐ | ☐ | ☐ | ☒* | ☐ | ☐ |
| ☒ | (11) *Franks* Hearing: | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| ☐ | (12) Identification of Informant(s): | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | (13) Join Motions of Co-Defendant(s): | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☒ | (14) *Jencks* Material: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| ☒ | (15) Preservation of Rough Notes | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| ☐ | (16) Severance: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | (a) Of Counts: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | (b) Of Defendants: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☒ | (17) Dismissal Due to Staleness of Search Warrant: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| ☐ | (18) Suppress Identification: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☒ | (19) Suppress Tangible Evidence: | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| ☐ | (20) Suppress Statements: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | (21) Hearings Held Within 20 Days: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☒ | (22) Other(s) *(Specify)*: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☒ | (a) *Leave to File Additional Motions* | ☒** | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | (b) *Inspection of Grand Jury Minutes* | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | (c) *Disciplinary Records of Officers* | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | (d) *Preclude FIFs and CIRs* | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Note: For any motions in which multiple boxes are marked, such motion was decided in part as specified.
* Motion is to be decided by the District Judge assigned to this case.
** The Court grants this portion of Defendant's motion to the extent he could not have made any subsequently raised arguments in his original motion papers.

The factual findings and conclusions of law to support this decision are set forth in the transcript of proceedings of February 27, 2023. The transcript of that proceeding is specifically incorporated as my written statement of reasons for the above order.

Dated:   September 18, 2023

Mark W. Pedersen
United States Magistrate Judge