## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ James A. Napier, Esq.

James A. Napier, Esq

Counsel for Defendant, John Looney