IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                          Plaintiff,

          v.                                              22-CR-6009-CJS-MJP

JOHN DOUGLAS LOONEY,

                          Defendant.

## NOTICE OF APPEARANCE

**TO**:   **Clerk of the United States District Court**
          **for the Western District of New York**

          You are hereby requested to enter my appearance as counsel for the Plaintiff in the above entitled action.

**DATED**:     January 23, 2024
               Rochester, New York

                              Respectfully,

                              TRINI E. ROSS
                              United States Attorney
                              Western District of New York

                              s/ *Kyle P. Rossi*
                              _____
          BY:   KYLE P. ROSSI
                Assistant U.S. Attorney
                United States Attorney's Office
                Western District of New York
                100 State Street, Suite 500
                Rochester, New York 14614
                (585) 263-6760 ext. 23966
                kyle.rossi@usdoj.gov