# United States District Court
# For
# The Western District of New York

## Court Order

Date: February 2, 2024

Defendant's Name: John Douglas Looney

Docket Number: 6:22-CR-06009-CJS-MJP-1

Honorable Charles J. Siragusa, U.S. District Judge

---

THE COURT ORDERS:

- [x] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] Other

*Charles Siragusa*
Honorable Charles J. Siragusa, U.S. District Judge

2-1-24
Date

Title 18 United States Code, Section 3154(5), Bail Violations